## Commonwealth *v*. Wesley Bordus et al.

[Abstract Kentucky Law Reporter, Vol. 2—219, as Commonwealth v. Borgus.]

**Enforcement of Bail Bond.**

Before a bail bond can be enforced it must be shown that the accused was legally in custody, charged with a public offense, and that he was discharged by reason of the giving of the recognizance or bond.

### APPEAL FROM WARREN CIRCUIT COURT.

February 5, 1881.

Opinion by Judge Hines:

Before a bail bond in such a case as this can be enforced it must appear that the accused was legally in custody, charged with a public

offense, and that he was discharged by reason of the giving of the bond or recognizance. Crim. Code (1876) § 85.

In this case it does not appear that the accused was discharged or set at liberty by reason of giving the bond, and it is therefore unenforcible.

Judgment *affirmed*.

*Payton & Hardin, for appellant.*